**Julius SIMMONS, Appellant,**

v.

**ST. LOUIS CITY POLICE DEPART-
MENT; City of St. Louis; Unknown
Stanze, St. Louis Police Officer, De-
fendants,**

**Stephen DODGE, St. Louis Police
Officer, Appellee.**

No. 03–2587.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 23, 2004.

Decided: Aug. 6, 2004.

Julius Simmons, Jefferson City, MO, pro se.

Edward James Hanlon, Michael Edward Hughes, Office of City Counselor, St. Louis, MO, for Defendant–Appellee.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Julius Simmons appeals the district court's [1] adverse judgment entered upon a jury verdict in his 42 U.S.C. § 1983 action for excessive use of force. Upon careful review of the record, we conclude Simmons's appeal is untimely because his notice of appeal was not filed within thirty days of entry of final judgment, and Simmons did not seek an extension of time to file his notice of appeal. *See* Fed. R.App. P. 4(a).

Accordingly, we dismiss the appeal as untimely.

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.